

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00067-CV

**IN RE** Eric **DE LA ROSA**, Jr.,

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Irene Rios, Justice
               H. Todd McCray, Justice
               Velia J. Meza, Justice

Delivered and Filed: February 26, 2025

PETITION FOR WRIT OF MANDAMUS DENIED

On January 29, 2025, relator filed a petition for a writ of mandamus and a motion for emergency relief.

After considering the mandamus petition, this court concludes relator is not entitled to the relief sought. Therefore, relator's petition for writ of mandamus is DENIED. We lift the stays granted on January 31, 2025 and February 12, 2025.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2024-PA-01975, styled *In the Interest of H.C.A.B.*, pending in the 407th Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.